# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GAME AND TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BLIZZARD ENTERTAINMENT, INC., <br><br> Defendant. | No.: 2:15-cv-01257-RWS-RSP <br> LEAD CASE |
| GAME AND TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WARGAMING.NET LLP, and WARGAMING PUBLIC COMPANY LIMITED, <br><br> Defendants. | No.: 2:15-cv-01260-RWS-RSP <br> CONSOLIDATED CASE |

**ORDER GRANTING THE PARTIES' JOINT STIPULATED MOTION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AND TO SUBSTITUTE PARTIES**

Having reviewed the Joint Stipulated Motion for Partial Dismissal Without Prejudice and To Substitute Parties, it is:

ORDERED that Wargaming.net LLP be, and hereby is, dismissed without prejudice;

ORDERED that Wargaming Group Limited be, and hereby is, substituted as Defendant for Wargaming Public Company Limited;

ORDERED that the Parties' Joint Motion was made without prejudice to or waiver of any of the Parties' respective rights or obligations at issue in this action;

ORDERED that Wargaming Group Limited shall assume the liabilities and obligations of Wargaming.net LLP per the terms of the Joint Stipulated Motion for Partial Dismissal Without Prejudice and to Substitute Parties;

ORDERED that Wargaming Group Limited shall comply with all discovery requests by Plaintiff Game and Technology per the terms of the Joint Stipulated Motion for Partial Dismissal Without Prejudice and to Substitute Parties;

ORDERED that Game and Technology Co., Ltd., Wargaming.net LLP, Wargaming Public Company Limited, and Wargaming Group Limited shall bear their own attorney's fees, expenses, and costs; and

ORDERED that Wargaming Group Limited shall answer or otherwise respond to Plaintiff's complaint on or before April 1, 2016.

**SIGNED this 19th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE