# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GAME AND TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BLIZZARD ENTERTAINMENT, INC., <br><br> Defendant. | No.: 2:15-cv-01257-RWS-RSP <br><br> LEAD CASE <br><br> JURY TRIAL DEMANDED |
| GAME AND TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WARGAMING GROUP LIMITED, <br><br> Defendant. | No.: 2:15-cv-01260-RWS-RSP <br><br> CONSOLIDATED CASE <br><br> JURY TRIAL DEMANDED |

## DEFENDANT WARGAMING GROUP LIMITED'S NOTICE OF COMPLIANCE REGARDING PR 3-3 AND 3-4 DISCLOSURES

Pursuant to the Court's April 18, 2016 Amended Docket Control Order [Dkt. 34], Defendant Wargaming Group Limited hereby notifies the Court that it served its PR3-3 and PR3-4 Disclosures upon counsel for Plaintiff via electronic mail on June 10, 2016.

Dated: June 13, 2016

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
POTTER MINTON PC
110 North College, Ste. 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile  903-531-3939
mikejones@potterminton.com

Winslow Taub
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: 415-591-6000
Facsimile:  415-591-6091
wtaub@cov.com

Kevin Collins
Derek J. Andros (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone:  202-662-6000
Facsimile:   202-662-6091
kcollins@cov.com; dandros@cov.com

Wallace Lee
Matthew V. Miller (*pro hac vice*)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800
wlee@cov.com; mmiller@cov.com

*Attorneys for Defendant*
*Wargaming Group Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 13, 2016.


                                           */s/ Michael E. Jones*