Joseph J. Zito
Richard A. Castellano
Luiz Felipe Oliveira
DNL ZITO CASTELLANO
1250 Connecticut Ave, NW, Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

Attorneys for Plaintiff
GAME AND TECHNOLOGY CO., LTD.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| GAME AND TECHNOLOGY CO. LTD,<br><br>Plaintiff,<br><br>vs.<br><br>BLIZZARD ENTERTAINMENT INC.,<br><br>Defendants. | Case No. 2:16-cv-06499 MLH (SKx)<br><br>**JOINT STIPULATED MOTION TO DISMISS CLAIMS AND COUNTERCLAIMS RELATED TO U.S. PATENT 8,035,649, WITHOUT PREJUDICE** |

Plaintiff Game and Technology Co. Ltd. ("GAT") and Defendant Blizzard Entertainment, Inc. ("Blizzard") hereby submit this Joint Stipulated Motion to Dismiss Claims and Counterclaims related to U.S. Patent 8,035,649 Without Prejudice.

On May 14, 2018, the Court issued an Order, entered on May 16, 2018 and designated as D.E.#172, staying the proceedings regarding U.S. Patent 7,682,243, however, the proceedings related to U.S. 8,035,649 were not stayed. In the interest of judicial economy and the conservation of resources of the parties, the parties have

agreed to dismiss all claims and counterclaims related to U.S. 8,035,649 without prejudice.

The parties have also agreed to toll all claims and defenses as of the date of dismissal and have agreed not to re-file any such claims until such time as final disposition of matters related to the '243 and the '743 patents between the parties.  The parties have further agreed to meet and confer prior to the re-filing of any such claims.


Dated:  May 17, 2018

By:  /s/ Joseph J.  Zito
Joseph J. Zito
Richard A. Castellano
Luiz Felipe Oliveira
DNL ZITO CASTELLANO
1250 Connecticut Ave, NW, Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

*Attorney for the Plaintiff*
Game and Technology Co. Ltd.


By: :  /s/ John D. Garretson
Eva M. Weiler (SBN: 233942)
(eweiler@shb.com)
Sean B. Cooney (SBN: 286397)
(scooney@shb.com)
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

B. Trent Webb (*pro hac vice*)
(bwebb@shb.com)
John D. Garretson (*pro hac vice*)
(jgarretson@shb.com)

SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Tanya Chaney (*pro hac vice*)
(tchaney@shb.com)
David Morehan (*pro hac vice*)
(dmorehan@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis St., Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508

*Attorneys for the Defendant*
Blizzard Entertainment, Inc.

SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Joseph J. Zito, attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Joseph J. Zito

Joseph J. Zito